IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARIE CARLTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:23-CV-42 |
| NOVANT HEALTH, INC. and NOVANT HEALTH THOMASVILLE MEDICAL CENTER, LLC, | ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment, Doc. 41, is **GRANTED** and this case is **DISMISSED** with prejudice.

This the 22nd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE